**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-24072-CIV-KING/SIMONTON

FRANK SANCHEZ and
AGUSTIN PINO,

Plaintiffs,

v.

SONY ELECTRONICS, INC.,

Defendant.
_______________________________/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Plaintiffs' Motion to Compel Better Responses to Plaintiffs' First Set of Interrogatories and Requests for Production **(D.E. #7)**, filed May 16, 2018, in the above-styled case to the Honorable Andrea M. Simonton, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of May, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Andrea M. Simonton
All Counsel of Record